RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
MICHAEL C. WOOD (STATE BAR NO. 292683)
mwood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California  95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Defendant
SunEdison, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NORENE FRENCH,<br><br>             Plaintiff,<br><br>     v.<br><br>SUNEDISON, INC.,<br><br>             Defendant. | Case No. 2:16-cv-00188-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND SET BRIEFING SCHEDULE PURSUANT TO LOCAL RULES 143(a)(1) AND 144(a)**<br><br>**Judge:    Senior Judge William B. Shubb** |

OHSUSA:764558619

Pursuant to Local Rules 143(a)(1) and 144(a), it is hereby stipulated and agreed by and between all parties, by and through their counsel, that Defendant SunEdison, Inc. may have additional time within which to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). The parties agree that the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be Friday, March 25, 2016. Defendant will notice its responsive pleading for hearing on Tuesday, May 31, 2016 at 1:30pm in Courtroom 5 in Sacramento.

The parties further stipulate that Plaintiff's Opposition to Defendant's response to Plaintiff's Complaint, or Plaintiff's First Amended Complaint, will be due on or before Friday, April 22, 2016 and Defendant's Reply will be due Friday, May 6, 2016.

IT IS SO AGREED.

Dated: February 19, 2016

RANDALL S. LUSKEY
MICHAEL C. WOOD
Orrick, Herrington & Sutcliffe LLP

By: */s/ Randall S. Luskey*
RANDALL S. LUSKEY
Attorney for Defendant
SunEdison, Inc.

Dated: February 17, 2016

L. TIMOTHY FISHER
Bursor and Fisher, PA

By: */s/ L. Timothy Fisher*
(as authorized on 2/17/16)
L. TIMOTHY FISHER
Attorney for Plaintiff
Norene French

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND SET BRIEFING SCHEDULE
2:16-CV-00188-WBS-KJN

OHSUSA:764558619

**ORDER**

Pursuant to the above stipulation, the last day for Defendant SunEdison, Inc. to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) is now Friday, March 25, 2016.  The hearing on Defendant's responsive pleading shall be noticed for hearing on Tuesday, May 31, 2016 at 1:30pm in Courtroom 5 in Sacramento.  Plaintiff Norene French shall file an Opposition or Statement of Non-Opposition on or before Friday, April 22, 2016 and Defendant's Reply, if any, is due on or before Friday, May 6, 2016.   The Scheduling Conference is continued from 5/9/2016 to **July 5, 2016 at 1:30 p.m**., with a Joint Status Report due by **June 21, 2016**.

IT IS SO ORDERED.

Dated:  February 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND SET BRIEFING SCHEDULE
2:16-CV-00188-WBS-KJN

OHSUSA:764558619