RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759
MICHAEL C. WOOD (STATE BAR NO. 292683)
mwood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California  95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Defendant
SunEdison, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NORENE FRENCH,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNEDISON, INC.,<br><br>        Defendant. | Case No. 2:16-cv-00188-WBS-KJN<br><br>**NOTICE OF AUTOMATIC STAY AND SUGGESTION OF BANKRUPTCY PURSUANT TO LOCAL RULE 159**<br><br>Action Filed: January 29, 2016<br>Judge:   Senior Judge William B. Shubb |

**PLEASE BE ADVISED** that on April 21, 2016, Defendant SunEdison, Inc. and certain of its affiliates (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The case remains pending in the Bankruptcy Court, Case No. 1:16-bk-10992-smb.  The Debtors

OHSUSA:765062096.2


continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

**PLEASE BE FURTHER ADVISED** that as a result of the bankruptcy filing, any further action against the Debtor is stayed under Bankruptcy Code section 362(a).

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtors or their property without <u>first</u> obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.

Dated:  April 22, 2016

RANDALL S. LUSKEY
MICHAEL C. WOOD
Orrick, Herrington & Sutcliffe LLP


By:       */s/ Randall S. Luskey*
RANDALL S. LUSKEY
Attorneys for Defendant
SunEdison, Inc.

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr.
Louis S. Chiappetta
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Proposed Counsel for Debtors
  and Debtors in Possession